**In the Interest of J.A.B.**

**Juvenile Officer, Respondent,**

v.

**R.B. (Mother), Appellant.**

**M.D. (Putative Father), Defendant,**

**L.R., (Putative Father), Defendant,**

**John DOE (Putative Father), Defendant.**

**No. WD 60962.**

Missouri Court of Appeals,
Western District.

Sept. 3, 2002.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Oct. 29, 2002.

Application for Transfer Denied
Dec. 24, 2002.

Deborah G. Baron, Kansas City, MO, Attorney and Guardian for JAB.

Michael Fogal, Kansas City, MO, for Respondent Juvenile Officer.

Edward J. O'Reilly, Kansas City, MO, for Appellant R.B.

Before LOWENSTEIN, P.J., SMART and NEWTON, JJ.

## ORDER

PER CURIAM.

Mother, R.B., appealed from the judgment of the circuit court terminating her parental rights to her daughter, J.A.B., pursuant to § 211.447.4(3) RSMo 2000. After a thorough review of the record, this court concludes that the judgment is supported by substantial evidence, is not against the weight of the evidence, that no error of law appears, and that an opinion would have no precedential value. Rule 84.16(b)